12

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-698–

LEWIS UNIVERSITY CAMPUS SHOP, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed July 10, 1974.*

LEWIS UNIVERSITY CAMPUS SHOP, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-713–

VICTOR COMPTOMETER CORPORATION—BUSINESS PRODUCTS GROUP, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed July 10, 1974.*

VICTOR COMPTOMETER CORPORATION—BUSINESS PRODUCTS GROUP, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.